[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 14-11592
_____

D.C. Docket Nos. 8:13-cv-01700-JDW; 8:01-bkc-09988-MGW

In Re: TERRI L. STEFFEN,

Debtor.

_____

DAER HOLDINGS, LLC,

Plaintiff - Appellant,

versus

DOUGLAS N. MENCHISE,
Trustee,
UNITED STATES OF AMERICA,
TERRI L. STEFFEN,

Defendants - Appellees,

PAUL A. BILZERIAN, et al.,

Defendants.

_____

Appeal from the United States District Court
for the Middle District of Florida
_____

(August 6, 2015)

Before WILSON and MARTIN, Circuit Judges, and VINSON,[*] District Judge.

PER CURIAM:

This matter was fully considered by the bankruptcy court and district court below.  Both courts applied the test set forth in <u>Shades Ridge Holding Co. v. United States</u>, 888 F.2d 725 (11th Cir. 1989), to determine that Appellant Daer Holdings, LLC was the nominee of debtor Terri Steffen.  After reviewing the parties' briefs, and with the benefit of oral argument, we see no reversible error.

**AFFIRMED.**

---

[*] Honorable C. Roger Vinson, United States District Judge for the Northern District of Florida, sitting by designation.

2